Submitted on petition for review January 19, petition for review allowed, decision of the Court of Appeals vacated, and case remanded to the Court of Appeals for reconsideration December 2, 1994

In the Matter of the Compensation of
Gayle J. Williams, Claimant.

SAIF CORPORATION
and Southcoast Lumber Co.,
*Respondents on Review,*

*v.*

Gayle J. WILLIAMS,
*Petitioner on Review.*

(WCB 91-10443; CA A76540; SC S40915)

884 P2d 867

Edward J. Harri, of Malagon, Moore, Johnson, Jensen & Correll, Eugene, filed the petition for petitioner on review.

David L. Runner, Assistant Attorney General, Salem, filed a response for respondents on review. With him on the response were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for reconsideration in the light of *SAIF v. Allen*, 320 Or 192, 881 P2d 773 (1994).